UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cassini Solutions, LLC,

    Plaintiff,

v.                                        Case No. 22-11557

Cogency Global, Inc., *et al.*,          Sean F. Cox
                                                      United States District Court Judge

    Defendants.
_____/

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 11, 2022, Plaintiff Cassini Solutions, LLC filed this civil action against Defendants Cogency Global, Inc. and Cambio Communities.

The docket reflects that no filing fee was paid and that a notice was issued as to that issue, requiring that the filing fee be paid no later than July 18, 2022. (*See* ECF No. 2).

In addition to that deficiency, the Court issued a separate Show Cause Order because of additional issues.

First, the complaint filed in this case is unsigned. Pursuant to Fed. R. Civ. P. 11(a), every complaint filed in federal court must be signed by the attorney of record or by the party personally if the party is unrepresented. That rule further provides that the "court must strike an unsigned paper unless the omission is promptly corrected" after it is raised by the Court. *Id.*

Second, Plaintiff is a limited liability company. It is well-established that corporate entities cannot appear in federal court except through an attorney. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *Ginger v. Cohn*, 426 F.3d 1385, 1386 (6th Cir. 1970). Thus, Cassini Solutions, LLC may only appear in federal court

through an attorney. The complaint that was filed in this case, however, does not identify an attorney who is representing Plaintiff in this case.

Thus, the Court issued its Show Cause Order, directing Plaintiff to respond to these additional issues no later than August 1, 2022. (*See* ECF No. 4).

The docket reflects that Plaintiff has not paid the required filing fee and has not responded to the Court's additional Show Cause Order. Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 17, 2022